IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| CINDY GREENE, individually and as guardian of the person of Michael Greene, and COMMUNITY FIRST TRUST COMPANY, as guardian of the estate of Michael Greene | PLAINTIFFS |
| V.   Civil No. 1:12-cv-1087 | |
| GEORGIA-PACIFIC LLC f/ka GEORGIA-PACIFIC CORPORATION; EDWARD ROCKETTE d/b/a/ ED ROCKETTE LOGGING, INC.; and GOOD HOPE, INC. | DEFENDANTS |
| GEORGIA-PACIFIC, LLC | CROSS-CLAIMANT/ THIRD-PARTY PLAINTIFF |
| V. | |
| GOOD HOPE, INC.; and EVEREST NATIONAL INSURANCE COMPANY | CROSS-DEFENDANT/ THIRD-PARTY DEFENDANT |

**ORDER**

Before the Court is Plaintiffs' Motion to Dismiss. (ECF No. 136). Defendant Georgia Pacific LLC has responded. (ECF No. 142). Plaintiffs advise the Court that all claims in this case have been resolved. Accordingly, Plaintiffs' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. This Court shall retain jurisdiction of this matter to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**, this 29th day of July, 2014.

           /s/ Susan O. Hickey
           Susan O. Hickey
           United States District Judge