IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| CINDY GREENE, individually and as guardian of the person of Michael Greene, and COMMUNITY FIRST TRUST COMPANY, as guardian of the estate of Michael Greene | PLAINTIFFS |
| V.　　Civil No. 1:12-cv-1087 | |
| GEORGIA-PACIFIC LLC f/ka GEORGIA-PACIFIC CORPORATION; EDWARD ROCKETTE d/b/a/ ED ROCKETTE LOGGING, INC.; and GOOD HOPE, INC. | DEFENDANTS |
| GEORGIA-PACIFIC, LLC | CROSS-CLAIMANT/ THIRD-PARTY PLAINTIFF |
| V. | |
| GOOD HOPE, INC.; and EVEREST NATIONAL INSURANCE COMPANY | CROSS-DEFENDANT/ THIRD-PARTY DEFENDANT |

**ORDER**

　　Before the Court is a Joint Motion to Dismiss Crossclaims With Prejudice filed on behalf of Defendants Georgia-Pacific, LLC; Edward Rockette d/b/a Ed Rockette Logging; and Good Hope Inc. (ECF No. 145). Defendants state that their crossclaims against each other have been satisfactorily compromised and settled.

　　Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Defendants' crossclaims are hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. This Court shall retain jurisdiction of this matter to enforce the terms of the settlement agreement.

**IT IS SO ORDERED**, this 22nd day of October, 2014.

                                                 /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge